George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
Attorney for Plaintiff, Brian Crowell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRIAN CROWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner,<br>Social Security Administration,<br><br>        Defendant. | Civil Action No.: 3:18-cv-02178-JR<br><br>ORDER AWARDING ATTORNEY FEES<br>PER 28 USC 406(b) |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $12,805.25 is approved to plaintiff's counsel.  Credit is taken for EAJA fees paid in the amount of $4,005.09, so that the net amount due plaintiff's counsel is $8,800.16.

IT IS SO ORDERED:

Dated:  7/30/2020          /s/ Jolie A. Russo
                           U.S. MAGISTRATE JUDGE

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028

Proposed Order submitted July 30, 2020 by:

/s/ George Wall

_____
George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:   503-236-0028
Attorney for Plaintiff, Brian Crowell

Page 2 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028